# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>The Hertz Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-11218 (MFW)<br><br>(Jointly Administered) |
| The Hertz Corporation, *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>HANNAH AYOUB, NICOLE STEVENS, SHONTRELL HIGGS, JULIUS BURNSIDE, MAGALIE STERLIN, ARTHUR STEPANYAN, HOWARD JUNIOUS, LAKETA COLLINS, MICHELLE JOHNSON, BRIAN STEINBERG, ANTWONE PERSON, MICHAEL KOSS, AMANDA KOSS, CHERYL YOUNG, STEPHANIE KEENE, JAMES KEENE, BARBARA FERNANDEZ, THOMAS JOHN CHANNELL, MICHAEL CHANNELL, JESSICA GURUMENDI, NANCY CULLEN-SMITS, RYAN SMITS, HENRY B. ESSICK III, BRENT D. WILLIAMS, SR., ALEXANDROS GIDER, CHRISTINA GIDER, ROULA VANGELIS,<br><br>Defendants. | Adv. Pro. No. 20-50761 (MFW) |

## DECLARATION OF RICHARD E. ESPER IN SUPPORT OF DEBTORS' MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

---

[1] The last four digits of The Hertz Corporation's tax identification number are 8568. The location of the debtors' service address is 8501 Williams Road, Estero, FL 33928. Due to the large number of debtors in these chapter 11 cases, for which joint administration for procedural purposes has been requested, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at https://restructuring.primeclerk.com/hertz.

I, Richard E. Esper, declare:[2]

1.  I am the Senior Vice Present and Chief Accounting Officer for The Hertz Corporation, Inc. ("Hertz") and have served in this capacity since November 2018. In this capacity, I am responsible for supervising, among other things, Hertz's global accounting responsibilities, including financial reporting, consolidation, and compliance, and Hertz's risk management practices, including claims administration, insurance matters, and policy placement. Unless stated otherwise, all facts in this Declaration are based upon my personal knowledge, review of relevant documents, discussions with other members of the Debtors' senior management, information provided to me by employees working under my supervision, or my opinion based upon experience, knowledge, and information concerning the operations of the Debtors.

2.  I am authorized to submit this Declaration on behalf of the Debtors. If requested, I am able to testify competently to the facts set forth in this Declaration.

3.  As Chief Accounting Officer, I have been deeply involved in the Debtors' restructuring initiatives. For example, my team and I have been heavily involved in analyzing the Debtors' pre- and post-petition liabilities, formulating the Debtors' schedules of assets and liabilities and assessing the Debtors' insurance coverage. My responsibilities also include addressing requests from the Debtors' various creditor constituencies, as well as assisting the Debtors in meeting certain reporting requirements as part of the bankruptcy process. Moreover, it is my understanding that other members of the Debtors' executive leadership, with the assistance of many rank-and-file employees, have been called upon to perform other work and assume other responsibilities relating to the Debtors' ongoing restructuring efforts.

---

[2] Capitalized terms used in this Declarations but not otherwise defined herein shall have the meanings ascribed to them in the Complaint for Injunctive Relief [D.I. 1].

4. For this reason, it is vital that I, and other members of the Debtors' executive leadership team, remain focused on our ultimate goal of working with counsel and other advisors to successfully restructure the Debtors. The leadership team's ability to focus on the reorganization is especially important at this critical juncture, when important objectives such as the procurement of DIP financing, the claims process, and the negotiations leading to a plan of reorganization all lie ahead. Further, since the filing, the Debtors and their advisors have been working tirelessly on the various critical matters necessary to move these Chapter 11 Cases forward, including, among other things, formulating a Chapter 11 plan that will address all tort claims in a clear and orderly manner.

5. I understand that certain Actions involving Hertz and its non-debtor affiliates are pending in multiple jurisdictions across the United States, for which I, and a number of senior executives, board members and employees of the Debtors, are named as defendants. It is my belief that, if allowed to proceed, these Actions would likely impose significant demands on my and my colleagues' time and attention to address restructuring and business matters that impact Hertz's interests. Every moment that I and my colleagues spend on these Actions would be time diverted from focusing on the ongoing bankruptcy proceedings and stabilizing the value of Hertz's assets.

6. For example, in addition to my work described above, Jamere Jackson, another named defendant in the Actions, is the Debtors' Chief Financial Officer and served as the Debtors' first day declarant. Mr. Jackson actively participates in providing facts, information and materials to the Debtors' bankruptcy counsel and other advisors, as well as assisting with various motions, presentations to creditors and third parties, and general restructuring matters. By virtue of being a named defendant in the Actions, Mr. Jackson will be forced to defend against them, which would

only serve to divert his attention from his crucial responsibilities in connection with the Debtors' restructuring.

7.  Permitting the Actions to proceed would also divert time and resources from the Debtors. The Debtors would also incur significant financial burden in the form of attorneys' fees and costs, discovery, trial preparation, and trial, which would divert their much-needed time and resources from fulfilling their crucial role in these Chapter 11 Cases.

AMERICAS 103191622

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2020.

_____
Richard E. Esper

AMERICAS 103191622